FILED

NOV 3 0 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| ANGELICA GUILLEN,<br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE INSURANCE<br>COMPANY OF AMERICA,<br>    Defendant. | §<br>§<br>§   Civil Action No.<br>§   DR-15-CV-086–AM/CW<br>§<br>§<br>§<br>§ |

## ORDER

On November 30, 2016, the parties filed a joint stipulation of dismissal that complies with the requirements of Rule 41(a) of the Federal Rules of Civil Procedure. (ECF No. 40.) The Court therefore **ORDERS** that all of the claims in this lawsuit be **DISMISSED WITH PREJUDICE**. The Court further **ORDERS** that a clerk's judgment shall immediately issue in this case, terminating the present cause of action.

SIGNED this 30th day of November, 2016.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE